# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v

    Case No.: 2:25-mc-50623
    Hon. Susan K. DeClercq

WILLIAM A. SMITH,

    Defendant,

and

DETROIT RIVERFRONT
CONSERVANCY, INC.,

    Garnishee,

and

AMERICAN FUNDS
aka CAPITAL GROUP
RETIREMENT PLAN SERVICES,

    Garnishee.

_____/

## AMENDED ANSWER OF THE GARNISHEE

I, __Ryan Sullivan__, the __Chief Executive Officer__ of Garnishee,
    (name)                  (title)

DETROIT RIVERFRONT CONSERVANCY, INC., state under penalty of perjury

as follows: GARNISHEE IS (choose one):

    [   ] An individual doing business in the name of _____,

    [   ] A partnership, [   ] LP, [   ] LLP, or LLC,

[ x ] A corporation, organized under the laws of the State of Michigan,

[  ] An executor or personal representative of an estate in the County of

_____, State of _____,

[  ] Other: _____.

On June 10, 2025, Garnishee was served with a Writ of Garnishment.
        (date)

At the time Garnishee was served with the Writ, Garnishee had in its possession or control, the following property of the Judgment Debtor:

## 7. Financial Accounts:

**Account 1**
Type: 401(k) Retirement Account
No. XXXX3824
Title owner(s): William A. Smith
Amount: $ ~$672,405 as of 6/13/25

**Account 2**
Type: N/A
No. N/A
Title owner(s): N/A
Amount: $ N/A

**Account 3**
Type: N/A
No. N/A
Title owner(s): N/A
Amount: $ N/A

**Account 4**
Type: N/A
No. N/A
Title owner(s): N/A
Amount: $ N/A

## 8. Safety Deposit Box:

Box No.: N/A
Last accessed: N/A
Owner(s) other than Judgment Debtor: N/A

## 9. Real Property located at:
N/A

10. **Detail other personal property in the Garnishee's possession, custody, or control:**

   Garnishee is in possession of Debtor's property left in his work office.

11. **Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony?** [    ] Yes or [ x ] No

   If the answer is yes, describe below (include case number, state, county):

   N/A

   **DO NOT DISBURSE PROPERTY UNTIL FURTHER COURT ORDER.**

   **NOTE: FEDERAL LAW DOES NOT PROVIDE FOR A FEE FOR THE GARNISHEE.**

12. **Does the Garnishee have possession, custody, or control of any other property, other than accounts, safety deposit boxes, or other personal property, now owed or to be paid in the future, in which the Judgment Debtor has an interest?** [ x ] Yes or [    ] No

   If the answer is yes, describe below (include any case number, state, county):

|   | Description of Property | Approximate Value | Description of Debtor's Interest in Property |
|---|---|---|---|
| 1. | Office Decor | $70 | Personal belongings left in Debtor's work office |
| 2. | Framed family photos | $50 | Personal belongings left in Debtor's work office |
| 3. | Baseball Caps | $40 | Personal belongings left in Debtor's work office |
| 4. | Coffee mugs | $40 | Personal belongings left in Debtor's work office |

Other details: _____

**IF GARNISHEE DENIES HOLDING PROPERTY SUBJECT TO GARNISHMENT:**

Check and complete the applicable line below:

[____] Garnishee has the following objection(s), defense(s), or set-off(s):

[____] On the date Garnishee was served with the Writ, the Garnishee was not indebted or under liability to the Judgment Debtor, and/or did not have in its possession or control any assets, income, or other property in which the Judgment Debtor has an interest.

GARNISHEE mailed a copy of this Answer by first-class mail to:

- WILLIAM A. SMITH, at: c/o Gerald K. Evelyn, 409 E. Jefferson Ave., Ste. 500, Detroit, MI 48226

- [ x ] by electronic filing or [____] by first-class mail to the Clerk, U.S. District Court, 231 W. Lafayette Blvd, Rm. 599, Detroit, MI 48226;

- [ x ] by electric filing or [____] by first-class mail to the attorney for the United States, United States Attorney's Office, Attn: MLARS-FLP, 211 W. Fort St., Ste. 2001, Detroit, MI 48226.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this  5  day of  September , 20 25

_____   Ryan Sullivan
(Signature)                                                (Print Name)

[CONTINUED ON NEXT PAGE]

Title _Chief Executive Officer_

Address _600 Renaissance Center #1720_

City, State, Zip _Detroit, MI 48243_

Telephone and Fax Number _313-566-8200_

Email _ryan.sullivan@detroitriverfront.org_

### Notary Public Section

STATE OF _____ §

COUNTY OF _____ §

The foregoing was SUBSCRIBED AND SWORN TO before me on this ____ day of _____, 202___, by _____.
[Name of Affiant]

[Seal]                                      Notary Public

My commission expires: _____.

*If no notary is available and you are within the United States, its territories, possessions, or commonwealths, please complete this section:*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _9/5/25_.
[Date]

_[Signature]_